**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: J.F., A MINOR    :  No. 315 EAL 2022
:
:
PETITION OF: V.R., FATHER        :  Petition for Allowance of Appeal
:  from the Order of the Superior Court

IN THE INTEREST OF: J.N.F., A MINOR  :  No. 316 EAL 2022
:
:
PETITION OF: V.R., FATHER        :  Petition for Allowance of Appeal
:  from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 17th day of January, 2023, the Petition for Allowance of Appeal is

**DENIED**.